UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABINO SANCHEZ,
on behalf of himself,
FLSA Collective Plaintiffs and the Class,

                    Plaintiff,

v.

JMP VENTURES, LLC d/b/a HARRY'S ITALIAN,
HIP AT MURRAY STREET, LLC
d/b/a HARRY'S ITALIAN, HIP AT RC, LLC
d/b/a HARRY'S ITALIAN, PAUL LAMAS,
PETER POULAKAKOS, DANIEL MCDONALD,
MICHAEL JEWELL, DOMINICK ANTONELLI,
GARY EGGERS, ROBERT LUCKEY,
RAYMOND O'SULLIVAN, VICTOR WRIGHT,
ROBERT PADALA, and HARRY POULAKAKOS,

                    Defendants.

Case No.: CV-13-7264

Gorenstein, M.J.

*[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/22/14]*

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, PROVISIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL AND APPROVAL OF PLAINTIFF'S PROPOSED NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT

The above-entitled matter came before the Court on Plaintiff's Unopposed Motion for Preliminary Approval of Settlement and Approval of Plaintiff's Proposed Notice of Pendency of Class Action and Proposed Settlement ("Motion for Preliminary Approval") (Docket No. CV 13-7264).

1

I. **Preliminary Approval of Settlement**

1. Based upon the Court's review of the Declaration of C.K. Lee ("Lee Declaration"), and all other papers submitted in connection with Plaintiff's Motion for Preliminary Approval, the Court grants preliminary approval of the settlement memorialized in the Settlement and Release Agreement ("Settlement Agreement"), attached to the Lee Declaration as **Exhibit A** and "so orders" all of its terms subject to the right of any class member to challenge the fairness, reasonableness, or adequacy of the agreement.

2. The Court concludes that the proposed settlement is within the range of reasonable settlement results, such that notice to the Class is appropriate.

3. The Court finds that the Settlement Agreement is the result of extensive, arm's length negotiations by counsel well-versed in the prosecution of wage and hour class and collective actions.

4. The Court finds that the Settlement Administrator's administration fees is appropriate and approves such fees.

5. For settlement purposes only, the Court provisionally certifies the following class under Fed. R. Civ. P. 23(e) ("Settlement Class"):

> **Current and Former employees of Defendants who performed work as tipped employees at Harry's restaurants located at 2 Gold Street, 225 Murray Street and/or 30 Rockefeller Plaza from October 15, 2007 through February 28, 2014 and are listed on Exhibit A to the Settlement Agreement.**

6. For settlement purposes only, Plaintiff meets all of the requirements for class certification under Federal Rule of Civil Procedure 23(a) and (b)(3).

7. For settlement purposes only, the Court provisionally certifies the collective class under the Fair Labor Standards Act, as amended ("FLSA").

8.   For settlement purposes only, the Court appoints, Lee Litigation Group, PLLC as Class Counsel to class members and the collective class.

9.   The Court approves Advanced Litigation Strategies, LLC as administrator of the settlement. The administrator shall be responsible for receiving objections and requests for exclusion from class members.

**II.   Class Notice**

10.   The Court approves the Proposed Notice of Pendency of Class Action and Proposed Settlement ("Notice"), which is attached as Exhibit B to the Settlement Agreement, and directs its distribution to the class.

11.   The content of the Notice fully complies with due process and Federal Rule of Civil Procedure 23.

12.   Pursuant to Federal Rule of Civil Procedure 23(c)(2)(B), a notice must provide:

> the best notice practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort. The notice must concisely and clearly state in plain, easily understood language: the nature of the action; the definition of the class certified; the class claims, issues or defenses; that a class member may enter an appearance through counsel if the member so desires; that the court will exclude from the class any member who requests exclusion, stating when and how members may elect to be excluded; and the binding effect of a class judgment on class embers under Rule 23(c)(3).

Fed. R. Civ. P. 23 (c)(2)(B).

13.   The Notice satisfies each of these requirements and adequately puts class members on notice of the proposed settlement. The Notice also satisfies the collective action requirements of the FLSA and adequately puts collective members on notice of the proposed settlement.

### III. Class Action Settlement Procedure

14. The Court hereby sets the following settlement procedure:

| | |
|---|---|
| 10 days after Preliminary Approval<br><br>**September 5, 2014** | Defendants' counsel will provide the Settlement Administrator a mailing list in electronic form containing the names, titles, last known addresses, social security numbers, telephone numbers and dates of employment for all class members as that information exists on file with Defendants. |
| 20 days after Preliminary Approval:<br><br>**September 15, 2014** | Mailing of Class Notice in both English and Spanish. |
| 45 days after date of first mailing of Class Notice:<br><br>**October 30, 2014** | Last day for class members to "opt out" of the Settlement or to submit written objections to the Settlement. Notice of opt-out must be post-marked by this date. Any class member who does not seek exclusion from the class may nevertheless object to the terms of the settlement. |
| 48 days after first mailing of Class Notice:<br><br>**November 3, 2014** | Class counsel will file with the Clerk of the Courts copies of any Opt-out Statements and send a final list of all Opt-out Statements to Defendants' Counsel by email. |
| 60 days after date of first mailing of Class Notice:<br><br>**November 17, 2014** | Last day for filing and service of papers in support of final Settlement Approval |
| **December 8, 2014 at 3:00 PM** | Final Settlement approval hearing. |

It is so ORDERED this 22nd day of August, 2014

_____
Honorable GABRIEL W. GORENSTEIN
United States Magistrate Judge

4